McGREGOR W. SCOTT
United States Attorney
DANIEL S. McCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Mag. No. 08-194 GGH |
| Plaintiff, | ) |
| v. | ) MOTION TO DISMISS COMPLAINT<br>) and ORDER DISMISSING<br>) COMPLAINT |
| LOZARO BASTIDA PONCE, | ) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the complaint in this case.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

Date: *June 11, 2008*        By:  */s/ Daniel S. McConkie*
                                                   DANIEL S. McCONKIE
                                                   Assistant U.S. Attorney

                                                   Attorneys for the Plaintiff
                                                   UNITED STATES OF AMERICA

1                                    **O R D E R**

2

3  APPROVED AND SO ORDERED:

4  Dated: June 11, 2008.

5  _____
   U.S. MAGISTRATE JUDGE