**FILED**
June 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:08-mj-194 GGH
            Plaintiff,         )
                               )
v.                             )   ORDER FOR RELEASE
                               )   OF PERSON IN CUSTODY
LOZARO BASTIDA PONCE,           )
                               )
            Defendant.         )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release  LOZARO BASTIDA PONCE  Case 2:08-mj-194 GGH  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    __  Bail Posted in the Sum of _____

    __  Unsecured bond in the amount of

    __  Appearance Bond with 10% Deposit

    __  Appearance Bond secured by Real Property

    __  Corporate Surety Bail Bond

    _X_  (Other) Pursuant to Dismissal of Complaint

Issued at  Sacramento, CA  on 6/18/08  at  4:05 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge